1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                     EASTERN DISTRICT OF CALIFORNIA

8    DAVID FINNEY,                          1:08-CV-01374 OWW JMD (HC)

9          Petitioner,                      ORDER GRANTING MOTION TO PROCEED
                                            IN FORMA PAUPERIS ON APPEAL [Doc. 30]
10   vs.
                                            ORDER DIRECTING CLERK TO SERVE
11   DERRAL ADAMS,                          THE COURT OF APPEALS

12         Respondent.

13   _____/

14         Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

15   pursuant to 28 U.S.C. § 2254.

16         On October 23, 2009, judgment was entered denying the petition for writ of habeas

17   corpus. On November 12, 2009, Petitioner filed a notice of appeal. On December 14, 2009,

18   petitioner filed an application to proceed in forma pauperis. Examination of Petitioner's

19   application to proceed in forma pauperis reveals that Petitioner is unable to afford the costs of an

20   appeal.

21         Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. *See*

22   28 U.S.C. § 1915. **The Clerk is directed to serve a copy of this order on the Court of**

23   **Appeals for the Ninth Circuit.**

24   IT IS SO ORDERED.

25   **Dated:    December 16, 2009**              **/s/ John M. Dixon**
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28